IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00395-WYD-MEH

ZAMBEZIA FILM (Pty), Ltd., a Republic of South Africa Corporation,

    Plaintiff,

v.

DOES 1-38,

    Defendants.

## ORDER DISMISSING PARTIES WITH PREJUDICE

THIS MATTER is before the Court on plaintiff, Zambezia Film (Pty), Ltd.'s, Notice Of Dismissal [ECF No. 21], filed on June 6, 2013.  After a careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendants, Does 12, 20, 37, and 38, should be dismissed with prejudice from this action.  Accordingly, it is

ORDERED that defendants, Does 12, 20, 37, and 38, are **DISMISSED WITH PREJUDICE** from this action.  It is

FURTHER ORDERED that the Clerk of Court shall amend the case caption to reflect the dismissal of Does 12, 20, 37, and 38 from this action.

Dated: June 12, 2013.

                                              BY THE COURT:

                                              /s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior U.S. District Judge